UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE A. GIPBSIN, aka CLARENCE A. GIBSON,<br><br>Plaintiff,<br><br>v.<br><br>CPT. ROTH, et al.<br><br>Defendants. | No. 2:18-cv-03164-CKD-P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se. On May 28, 2019 the court screened plaintiff's complaint and found that plaintiff stated potentially cognizable Eighth Amendment claims against some defendants but failed to state any cognizable claim against defendant Valdez. ECF No. 12. The court gave plaintiff the option of proceeding immediately on the cognizable claims or of amending the complaint to fix the identified deficiencies. Plaintiff elected to proceed on the cognizable claims as screened by the court. ECF No. 15.

On August 19, 2019, this matter was referred to the post-screening ADR project. Counsel for defendants filed a request to opt out of the ADR project because, following review of plaintiff's claims, and discussions with plaintiff and defense counsel's supervisor, participation in a settlement conference would likely be a waste of resources. Upon review of the request, the court finds good cause to grant defendants' request to opt out. Defendants are relieved of the obligation to schedule a settlement conference, and the stay of this action is lifted. Defendants

shall file a responsive pleading within thirty days from the date of this order.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Defendants' request to opt out (ECF No. 33) is granted;

    2. The stay of this action is lifted; and

    3. Defendants shall file a responsive pleading within thirty days from the date of this order.

Dated: September 18, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/gipb3164.optout.docx